# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1393
Lower Tribunal No. F95-33413
_____

**William Sims,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

William Sims, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin and Magaly Rodriguez, Assistant Attorneys General, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Muram v. State, 970 So. 2d 394 (Fla. 3d DCA 2007) (holding, in the postconviction context, that indigent inmates are not entitled to trial transcripts free of charge) (citing Roesch v. State, 633 So. 2d 1 (Fla. 1993) (holding that a prisoner seeking copies of the state attorney's criminal investigation file pursuant to the Public Records Act is not entitled to copies free of charge)); Clowers v. State, 960 So. 2d 840, 841 (Fla. 3d DCA 2007) ("[W]hile an indigent prisoner may obtain free copies for a plenary appeal, there is no such provision to obtain them [free of charge] afterward."); Woodfaulk v. State, 935 So. 2d 1225, 1227 (Fla. 5th DCA 2006) ("Indigent prisoners may obtain free copies and services for a plenary appeal, but there is no provision to obtain them thereafter. Ridge v. Adams, 643 So. 2d 116, 117 (Fla. 5th DCA 1994). There is no right to free transcripts for use in preparation of a postconviction motion.").